| | |
|---|---|
| DISTRICT COURT, ADAMS COUNTY, COLORADO<br><br>Court Address: 1100 Judicial Center Dr.<br>Brighton, Colorado 80601<br><br>DATE FILED<br>December 6, 2024 9:37 AM<br>FILING ID: C71C73C4B18E7<br>CASE NUMBER: 2024CV31835 | |
| Plaintiff: ALICIA ARIAS<br><br>v.<br><br>Defendant: Keystone 1031 Net Leased Portfolio II, DST and Dollar Tree Stores, Inc. | **∆ COURT USE ONLY ∆** |
| Attorney for Plaintiff: Alicia Arias<br><br>Attorney: Alex Anderson, Esq. (60854)<br>Gorgy Alhasoon, Esq. (47505)<br>Name: The Gaiennie Law Office, LLC<br>Address: 3801 E Florida Avenue, Suite 100<br>Denver, Colorado 80210<br>Phone No.: (303)455-5030<br>Fax No.: (303)455-0805<br>E-mail: alex@amyglaw.com<br>Amy@amyglaw.com | Case No.<br><br>Division:<br>Courtroom: |

**COMPLAINT**

COMES NOW the Plaintiff Alicia Arias, by and through counsel, The Gaiennie Law Office, LLC, and for her Complaint against Keystone 1031 Net Leased Portfolio II, DST and Dollar Tree Stores, Inc., and states and alleges as follows:

**GENERAL ALLEGATIONS**

1. At all times relevant hereto, Plaintiff Alicia Arias ("Plaintiff") is a resident of the State of Colorado, residing at 9816 Williams Court, Avenue, Thornton, Colorado 80229.

2. Upon information and belief, at all times relevant hereto, Keystone 1031 Net Leased Portfolio II, DST owned the property where this incident took place. Keystone 1031 Net Leased Portfolio II, DST is a US corporation in good standing. They have a principal street address of 350 Jericho Tpke Ste 302, Jericho, NY 11753, US. The registered agent is as follows: InCorp Services, Inc., 36 South 18th Avenue, Suite D, Brighton, CO 80601, US.

EXHIBIT A

3. Upon information and belief at all times relevant here to, Dollar Tree Stores, Inc., managed the property where this incident took place. Dollar Tree Stores, Inc. is a foreign corporation in good standing with the principal office street address of 500 Volvo Parkway, Chesapeake, VA 23320. The Registered agent is as follows: Corporation Service Company, 1900 West Littleton Boulevard, Littleton, Colorado 80120.

4. Keystone 1031 Net Leased Portfolio II, DST and Dollar Tree Stores, Inc., shall be referred to collectively as ("Defendants.")

5. The location where the incident took place is located at 10337 Washington Street, Thornton, Colorado 80229.

6. The torts complained of herein occurred in Adams County, Colorado.

7. Venue is proper in this Court pursuant to C.R.C.P. 98(c), as this claim arises from an incident which occurred in Adams County, State of Colorado.

8. This claim arises from an incident which occurred on February 3, 2024.

9. Plaintiff tripped and fell on a break in the concrete after it snowed in the parking lot of the Dollar Tree store.

10. Plaintiff tripped and fell causing injury to her left ankle and foot.

11. Defendants were negligent

12. Plaintiff was not negligent.

13. Plaintiff was injured as a result of the incident.

14. Plaintiff received medical treatment as a result of the incident.

15. As a direct, proximate, and foreseeable result of the negligence of the Defendants, Plaintiff suffered physical injuries; physical and emotional pain and suffering; loss of enjoyment of life; medical and doctor bills; loss of earnings.

## FIRST CLAIM FOR RELIEF
## PREMISES LIABILITY

16. Plaintiff hereby incorporates by reference all prior allegations set forth in her Complaint.

17. As the owner of the property and the entity legally responsible for the condition of the real property or circumstances existing on the real property, Defendants were, and at all relevant times, a "landowner" as defined in the Premises Liability Statute ("PLA"), C.R.S. § 13-21-115.

18. Plaintiff was/is an "invitee" of Defendants at the time of the February 3, 2024, incident, as defined by the PLA.

19. As a landowner responsible for the conditions existing on the property, Defendants had a duty of reasonable care under the PLA to protect invitees against dangerous conditions created by improperly maintained walking surfaces of which they knew or should have known.

20. Defendants breached their duty of reasonable care under the PLA proximately causing Plaintiff's injuries, damages, and losses; non-economic damages for inconvenience, pain and suffering and loss of independence; physical impairment and disfigurement; and economic losses for medical and other health care, loss of essential services, and other expenses.

**SECOND CLAIM FOR RELIEF**
**IN THE ALTERNATIVE – NEGLIGENCE**

21. Plaintiff hereby incorporates by reference all prior allegations set forth in her Complaint.

22. If Defendants claim to not be a landowner as defined by the PLA, then Plaintiff brings this claim for Negligence.

23. Defendants actively have a duty to inspect and maintain its property to keep it free from dangerous conditions.

24. Upon information and belief, Defendants failed inspect and maintain its property to keep it free from dangerous conditions.

25. Defendants' negligence caused Plaintiff to suffer from this incident.

26. Plaintiff was injured from the incident.

27. Defendant breached their duty of reasonable care causing Plaintiff's injuries, damages, and losses; non-economic damages for inconvenience, pain and suffering and loss of independence; physical impairment and disfigurement; and economic losses for medical and other health care, loss of essential services, and other expenses.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff respectfully requests:

A. Judgment be entered against Defendants for a monetary sum, in an amount to be proven at trial;

B. Pre-judgment and post-judgment interest;

C. Costs of litigation, including expert witness fees; and

D. Such other and further relief as the court deems just and proper

Dated this 6th day of December, 2024

Respectfully Submitted,

THE GAIENNIE LAW OFFICE, LLC

/s/ *Alex Anderson*

Alex Anderson
ATTORNEY FOR PLAINTIFF

PLAINTIFF'S ADDRESS:

Alicia Arias
9816 Williams Court
Thornton, Colorado 80229